IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| PACO SPORT, LTD., a New York corporation, | Case No. 05-23317-CIV-UNGARO-BENAGES |
|---|---|
| Plaintiff, | |
| v. | |
| TEXTILE CENTER, INC., a Florida corporation, ZAKARIA A. BILLOO, an individual, and MOHAMMED A. SIDDIQ, an individual, | **CONSENT FINAL JUDGMENT ON DAMAGES** |
| Defendants. | |

This cause came before the Court upon the parties' stipulation for entry of this Consent Final Judgment on Damages, and the Court, being duly advised in the premises, does hereby:

ORDER AND ADJUDGE as follows:

1. Defendants shall be jointly and severally obligated to pay Plaintiff the sum of $44,000.00 (the "Judgment Amount") payable as follows: Defendants shall make an initial payment to Plaintiff in the amount of $8,000.00 on or before October 15th, 2006; the balance of the Judgment Amount shall be payable in twenty-four equal monthly installments of $1,500.00 each, payable by the first day of each month commencing November 1, 2006, with the final payment being due October 1, 2008. Payment shall be made in the form of a check payable to Rubin Ferziger, as attorney and delivered to the law office of Rubin Ferziger, 708 Third Ave, New York, New York 10017, or by wire transfer according to wire transfer instructions to be provided in writing by Plaintiff on written request of Defendant. Plaintiff's failure to receive a payment by its due date shall constitute a default hereunder.

2. So long as Defendants are not in default hereunder, Defendants may satisfy this Consent Final Judgment on Damages by paying the then outstanding balance due, without penalty.

3.  In the event of a default hereunder by Defendants, Plaintiff may, upon the filing of a affidavit attesting to such default, secure a Final Judgment on Damages against Defendants, jointly and severally, without hearing, for the Judgment Amount, less the amount of any payments received by Plaintiff hereunder, plus the sum of $50,000.00, plus attorneys' fees and costs incurred in securing the default judgment, which amount shall bear interest at the rate of 18% per annum, for which execution may issue forthwith.

4.  Defendants hereby waive the right to receive notice of non-payment or notice that a check was dishonored, and also waive all other legal or equitable defenses which would prohibit, limit or delay Plaintiff's right to obtain the entry of a Final Judgment on Damages as set forth in paragraph three.

5.  The Final Judgment on Liability (Dkt. # 25), entered in this action, including all injunctive relief granted therein, shall remain in full force and effect.

6.  This Court retains jurisdiction over this matter for the purpose of enforcing this Consent Final Judgment on Damages, and for any other purpose deemed necessary or appropriate.

**DONE AND ORDERED** this is 2 day of Nov., 2006.

_____
United States District Court Judge

Copies Furnished To:
All counsel of record

N:\Judgment\9604-001.WPD

## STIPULATION

The undersigned hereby stipulate to the entry of the foregoing Consent Final Judgment on Damages:

**PACO SPORT, LTD.**
*Plaintiff*

By: _____
Name: _____
Title: _____
Date: 10/13/06

**TEXTILE CENTER, INC.**
*Defendant*

By: _____
Name: Zakaria Billoo
Title: President
Date: 10/11/06

**MOHAMMED A. SIDDIQ**
*Defendant*

By: _____
Date: 10/11/06

**ZAKARIA A. BILLOO**
*Defendant*

By: _____
Date: 10-11-06

Kluger, Peretz, Kaplan & Berlin, P.L.
17th Floor Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131
Telephone 305 379 9000
Facsimile 305 379 3428
Attorneys for Plaintiff

By: _____
/s/: Michael B. Chesal
Florida Bar No. 775398

Genovese Joblove & Battista
Bank of America Tower
100 Southeast Second Street, 44th Floor
Miami, FL 33131
Telephone 305-372-2475
Facsimile 305-349-2310
Attorneys for Defendants

By: _____
Gregory M. Gayno
Florida Bar No. 087505

N:\Judgment\9604-001.WPD